```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :    NOTICE OF INTENT
                              :    TO FILE AN INFORMATION
         - v. -               :    07 Cr.
                              :
CHANG ZHEN JIN,               :
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - x
```

☞ **ORIGINAL**

**07 CRIM 772**

**Judge McMahon**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 20, 2007

MICHAEL J. GARCIA
United States Attorney

By: _____
Maria E. Douvas
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Todd D. Greenberg, Esq.
Attorney for Chang Zhen Jin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

8/1/07   WHEEL A