```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
         - v. -               :     07 Cr.
                              :
CHANG ZHEN JIN,               :
                              :
                              :
         Defendant.           :
                              :
- - - - - - - - - - - - - - - x
```

**Judge McMahon**

**07 CRIM. 772**

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Chang Zhen Jin

_____
Witness

_____
Todd D. Greenberg, Esq.
Attorney for Chang Zhen Jin

Date:   New York, New York
        August 16, 2007



0202