# ADDABBO · GREENBERG

## LAW

TODD D. GREENBERG
DOMINIC L. ADDABBO*

COUNSEL TO THE FIRM:
HYMAN J. GREENBERG
JOSEPH P. ADDABBO, JR.
JILL C. STONE
HELEN P. EICHLER

*NY & FLA. BAR

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/7
```

November 5, 2007

MEMO ENDORSED

Adjourned date:
January 16, 2008
@ 9:30 AM

Via Facsimile & Regular Mail

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Suite 640
New York, NY 10007

       RE:   U.S.A. vs. Chang Zhen Yin
             Docket No. 07 CR 772-01(CM)
             Date of Sentence: 11/16/07

Dear Judge McMahon:

    Please be advised this office represents the above named Defendant.

    Kindly accept this letter as a request for an adjournment of the above sentencing proceeding.

    The request for this adjournment is twofold. First, the review of the pre-sentence report, preparation of the financial affidavits, and discussion of the sentencing process itself has been extremely time consuming due to a language issue and is not yet completed.

    I have met several times with my client, with a Chinese interpreter, and continue to review the above issues. Further, the Defendant has various medical issues which I am researching to present to this Court to consider in sentencing.

    Second, in the last two weeks my father became serious ill and my attention has been drawn from my practice which has delayed my preparation for sentencing.

    I have spoken to Assistant U.S. Attorney Maria Douvas who has no objection to the adjournment.

(718) 268-0400 FAX (718) 575-9869 • QUEENSLAW.COM • EMAIL: MAIL@QUEENSLAW.COM
118-21 QUEENS BOULEVARD · SUITE 306 · FOREST HILLS, NY 11375

# ADDABBO - GREENBERG

I am respectfully requesting a sentencing date in mid-January 2008.

Thank you for your attention.

Very truly yours,

ADDABBO & GREENBERG

TODD D. GREENBERG, ESQ.

TDG:jf
cc: Maria Douvas, Esq.
   Via Facsimile 212.637.2429

   Emily Frankelis, Sr. U.S. Probation Officer
   Via Facsimile 212.805.5193