# AMENDED ORDER TO SURRENDER*

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CHANG ZHEN JIN,

        Defendant.

07 CR 772 (CM)

It is hereby ordered that Chang Zhen Jin, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00P.M., on _July 1, 2008._

_____  
UNITED STATES DISTRICT JUDGE

4/4/2008  
DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____  
(Attorney/Witness)

_____  
(Defendant)

cc: U.S. Marshal, SDNY  
    Probation Dept, SDNY  
    U.S. Attorney, SDNY  
    Pretrial Office, SDNY  
    Defense Counsel

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/16/08